UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ORDER ON PRETRIAL DEADLINES
SOCIAL SECURITY APPEALS ONLY

Unless otherwise ordered by the Court, the parties shall adhere to the following deadlines:

(a) Plaintiff shall file the Return of Service within ten (10) calendar days of service.

(b) Defendant shall file an Answer, or a Motion to Dismiss, no later than sixty (60) days following service of the Complaint.

(c) If defendant files a Motion to Dismiss, plaintiff shall file his or her brief in opposition within twenty-one (21) days, and defendant may file a reply brief, if any, within ten (10) days of plaintiff's brief.

(d) If defendant files an Answer, plaintiff will file his or her Motion to Remand to Commissioner and/or Motion to Reverse the Decision of Commissioner, with brief in support, within four (4) months following the filing of the Complaint; defendant thereafter will file his or her Motion to Affirm the Decision of Commissioner, and brief in support, within thirty (30) days of plaintiff's motion and brief.

**At the time defendant files an Answer, defense counsel shall serve upon plaintiff's counsel a copy of the Administrative Record, but such Administrative Record is NOT to be filed with the Court at such time.  The Administrative Record instead shall be filed with the Court no later than two days after plaintiff files his or her Motion to Remand to Commissioner and/or Motion to Reverse Decision of Commissioner**.

(e) After seven months from the filing of the complaint, if there is no action by either party, a Local Rule 41(a) Notice will issue.

(f) Any Motion for Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, shall be filed no later than sixty (60) days from entry of final judgment.

(g) Given the high volume of Social Security appeals pending in this district, to the greatest extent possible and as early as possible, plaintiff's counsel and defense counsel should attempt to identify cases for which a voluntary remand is appropriate, in order to conserve the resources of plaintiff's counsel, defense counsel, and the Court.

(h) In any pleading or legal memorandum filed, a copy of any opinion or decision cited which is not in the U.S. Reports, Federal Reporter, Federal Supplement, Federal Rules of Decision, Federal Appendix, Connecticut Reports, WESTLAW or LEXIS, and any statute, ordinance or regulation cited, other than U.S. Code, Code of Federal Regulations, or the Connecticut General Statutes, shall be provided to the Court.

(i)  A copy of this Order shall be served by plaintiff on defendant in the Social Security appeal. When plaintiff is appearing pro se, defense counsel should make reasonable efforts to ensure that the pro se plaintiff understands this Order.

THOMAS P. SMITH
UNITED STATES MAGISTRATE JUDGE

(Revised as of 2/15/2012)