# UNITED STATES DEPARTMENT OF JUSTICE

United States Attorney's Office
*District of Connecticut*
157 Church Street  25th Floor
New Haven CT 06510
(203) 821-3700

3:13CV1106 (TPS)

2013 AUG 15 AM 11:55 RECEIVED

This service is accepted upon the United States as provided for in Rule 4(i)F.R. Civ. P. and should not be construed as service upon a federal official being sued in his/her individual capacity as distinguished from official capacity.

15 aug 2013

Date

By

**Michael J. Castellano (IR)**
**USACT - New Haven, CT**

PLEASE MAIL 2 CERTIFIED COPIES TO THE U.S. ATTORNEY GENERAL, HON. ERIC HOLDER, U.S. DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVENUE N.W. WASHINGTON D.C. 20530-0001

07/13